IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

DEMETRY MURRAY, MURPHY
BENARD, MOSES BIGGS, STEVEN
CRISP, CHARLES MCPHERSON,
ROYAL MORRIS, and ANTOINETTE
WILSON,

        Plaintiffs,

v.

GAMESTOP, INC.,

        Defendant.

Case No. 4:11-cv-00195-CDP

## JOINT REQUEST FOR A SETTLEMENT HEARING

COME NOW the parties and jointly request a settlement hearing in the above-referenced matter. In support of this request, the parties state as follows:

1. The parties have finalized a Settlement Agreement and Stipulation for Dismissal.

2. Settlement of wage and hour matters requires Court approval.

3. The parties want to set a time with the Court so that they can explain their settlement to the Court and obtain such approval.

4. During the week of August 1st, 2011, the parties are available any time Tuesday, August 2nd, any time Thursday, August 4th and any time after 10:00 a.m. on Friday, August 5th.

WHEREFORE, the parties respectfully request a settlement hearing in the above-referenced matter during one of the times requested above or as is practicable with the Court's schedule.

DATE: July 29, 2011

Respectfully submitted,

/s/ James G. Nowogrocki

James G. Nowogrocki, Esq. #38559MO
WEISS & ASSOCIATES, P.C.
1015 Locust Street, Suite 400
St. Louis, MO  63101

Counsel for Plaintiffs

/s/ Daniel M. O'Keefe

Daniel M. O'Keefe # 45819MO
BRYAN CAVE LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO  63102-2750

Counsel for Defendant GameStop, Inc.

3682947.1